UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| S.L., a minor by next friend<br>RON LENDERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-2163-CEJ |
| | ) | |
| ST. LOUIS METROPOLITAN<br>POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Daniel Isom, Antoinette Filla, Reggie Harris, and the St. Louis City Board of Police Commissioners, Bettye Battle-Turner, Michael L. Gerdine, Richard Gray, and Hon. Francis G. Slay, as ex-officio member, by and through counsel, move this Court to grant summary judgment in their favor and against the plaintiff for the reason that there are no genuine issues of material fact, and that they are entitled to judgment as a matter of law.  In addition, defendants are entitled to judgment in their favor based on their defense of qualified immunity.

In support of this motion, defendants direct the attention of the Court and plaintiff to the memorandum of law filed contemporaneously herewith.

WHEREFORE, defendants request that this Court grant defendants' motion for summary judgment, either on the merits or on the basis of qualified immunity, or both, and that the Court grant such other relief as this Court deems just and proper, including the awarding of costs to these defendants.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/Denise G. McElvein*
Dana Walker Tucker
Chief Counsel, Eastern Region
Denise G. McElvein, MO Bar 45227
Assistant Attorney Generals
Attorney General's Office
P.O. Box 861
St. Louis, Missouri 63188
Phone: (314) 340-6815
Fax: (314) 340-7029
*Attorneys for Defendants St. Louis Metropolitan Police Department Board of Police Commissioners, Bettye Battle-Turner, Richard Gray, Michael L. Gerdine, Hon. Francis G. Slay, as ex-officio member, and Col. Daniel Isom, Col. Antoinette Filla, and Col. Reggie Harris*

## **Certificate of Service**

I certify that on this 6 day of February, 2012, I electronically filed the foregoing with the clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to:

Mr. Jeffrey B. Jenson
Mr. Matthew P. Diehr
Jenson, Bartlett & Schelp, LLC
222 S. Central Avenue, Suite 110
St. Louis, Missouri  63105
*Attorneys for Plaintiff*

*Mr. John A. Hoelzer*
Attorney General's Office
P.O. Box 861
St. Louis, Missouri  63188

I further certify that a true and correct copy of the foregoing was mailed, postage prepaid, this 6 day of February, 2012, to:

Ms. Henrietta Arnold
721 Lookaway Court
St. Louis, Missouri  63137
*Defendant Pro Se*

/s/Denise G. McElvein
Assistant Attorney General