**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MINOR S.L. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| By her next friend, | ) |
| | ) |
| RON LENDERMAN | ) |
| | ) |
| v. | )   Case No. 4:10-cv-02163 CEJ |
| | ) |
| ST. LOUIS METROPOLITAN POLICE | )   **JURY TRIAL DEMANDED** |
| DEPARTMENT BOARD OF POLICE | ) |
| COMMISSIONERS, et al. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Minor S.L. ("Plaintiff"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 56, and requests this Court deny the motion for summary judgment filed by Defendants Daniel Isom, Antoinette Filla, Reggie Harris, and the St. Louis Metropolitan Police Department Board of Police Commissioners, Bettye Battle-Turner, Michael L. Gerdine, Richard Gray, and Hon. Francis G. Slay, as ex-officio member ("Defendants"). There are numerous genuine issues of material fact for trial in this matter, and these defendants are not entitled to judgment as a matter of law. Plaintiff files her responses to Defendants' Statement of Uncontroverted Material Facts and Memorandum contemporaneously herewith.

WHEREFORE, Plaintiff Minor S.L. respectfully requests that this Court deny Defendants' motion for summary judgment and for such other and further relief as this Court deems proper.

1

Respectfully Submitted,

JENSEN, BARTLETT & SCHELP, LLC

By: s/ *Jeffrey B. Jensen*
   JEFFREY B. JENSEN, #46745MO
   MATTHEW P. DIEHR, #61999MO
   222 S. Central Ave, Suite 110
   St. Louis, MO 63105
   (314) 725-3939
   (314) 725-5595 Fax
   JJensen@jbslawyers.com
   MDiehr@jbslawyers.com
   **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Denise Garrison McElvein
denise.mcelvein@ago.mo.gov
**Attorney for Defendants St. Louis Metropolitan Police Department Board of Police Commissioners, Antoinette Filla, Bettye Battle-Turner, Daniel Isom, Francis G. Slay, Michael L. Gerdine, Reggie Harris, Richard Gray**

John Hoelzer
john.hoelzer@ago.mo.gov
**Attorney for Defendant Isshawn-O'Quinn**

Dana W. Tucker
dana.tucker@ago.mo.gov
**Attorney for Defendants St. Louis Metropolitan Police Department Board of Police Commissioners, Antoinette Filla, Bettye Battle-Turner, Daniel Isom, Francis G. Slay, Michael L. Gerdine, Reggie Harris, Richard Gray**

I further certify that on March 5, 2012, the foregoing was served by U.S. Mail, postage prepaid, to the following:

Henrietta Arnold
721 Lookaway Court
St. Louis, MO  63137

          s/ *Jeffrey B. Jensen*