```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

| | |
|---|---|
| S.L., a minor, by next friend ) | |
| RON LENDERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-2163 (CEJ) |
| ) | |
| ST. LOUIS METROPOLITAN POLICE ) | |
| DEPARTMENT BOARD OF ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER RELATING TO TRIAL

This action is set for a **JURY** trial on **Monday**, **July 7, 2014**, at **9:00 a.m.**

Pursuant to Local Rule 8.04 the court may tax against one or all parties the per diem, mileage, and other expenses of providing a jury for the parties, when the case is terminated or settled by the parties at a time too late to cancel the jury attendance or to use the summoned jurors in another trial.

The deadline for filing a motion to change the trial date is **October 24, 2013**. No motion filed after this deadline will be considered unless exceptional circumstances are shown.

In this case, unless otherwise ordered by the Court, the attorneys shall, not less than thirty (30) days prior to the date set for trial:

1. **Stipulation**: Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2. **Witnesses**:

   (a) Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

   (b) Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

3. **Exhibits**:

   (a) Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed.R.Evid. 902(11) or 902(12).

   (b) Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11) or 902(12), to opposing counsel for examination. Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

   (c) Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing at least ten (10) days prior to trial will be considered waived, unless excused by the Court for good cause.

4. **Depositions, Interrogatory Answers, and Request for Admissions**:

   (a) Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence. At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

   (b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

5. **Instructions**: Submit to the Court and to opposing counsel their written request for instructions and forms of verdicts reserving the right to submit requests for additional or modified instructions at least ten (10) days before trial in light of opposing party's requests for instructions. (Each request must be supported by at least one pertinent citation.)

> WHERE APPLICABLE, THE COURT PREFERS TO USE EIGHTH CIRCUIT MODEL CIVIL JURY INSTRUCTIONS.

6.  **Trial Brief**:  Submit to the Court and opposing counsel a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

7.  **Motions In Limine**:  File all motions in limine to exclude evidence at least twenty (20) days before trial.

8.  **Opening Statements**: Except for good cause shown, opening statements, if any, shall be limited to fifteen minutes per party, except that multiple parties on one side of a case who are represented by the same counsel shall jointly have fifteen minutes for opening statements.

9.  A list of prospective jurors will be distributed to counsel in the courtroom before the voir dire examination begins.  **This list may not be removed from the courtroom nor may it be provided to anyone outside the courtroom.  Photocopying, photographing, and all other forms of imaging or duplicating the list are strictly prohibited**.

III.  **Privacy Protection**

Pursuant to the E-Government Act of 2002, as amended, Rule 5.2(a), Fed.R.Civ.P., and Local Rule 2.17(A), E.D.Mo. L.R., the following personal identifiers must be omitted or partially redacted from any publicly-filed documents: social security numbers, names of minor children, dates of birth, financial account numbers, and home addresses of non-parties.  **No pleading or other document may be filed that is not in compliance with the E-Government Act.**

Dated this 10th day of October, 2013.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE