UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. L. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:10-CV-2163 CEJ |
| | ) |
| ST. LOUIS METROPOLITAN | ) |
| POLICE DEPARTMENT BOARD OF | ) |
| POLICE COMMISSIONERS, et al., | ) |
| | ) |
|     Defendants. | ) |

**STIPULATION OF PREJUDICIAL DISMISSAL**

The plaintiff, S.L., hereby stipulates that the above-entitled cause and all actions stated therein is to be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) as to all defendants.  Plaintiff and Defendants stipulate that each party shall bear its own costs and attorneys' fees.

|  |  |
|---|---|
| Husch Blackwell, LLP | **CHRIS KOSTER**<br>Missouri Attorney General |
| */s/Jeffrey B. Jensen* | */s/Denise G. McElvein* |
| Jeffrey B. Jensen, #46745MO | Denise G. McElvein, #45227MO |
| Matthew P. Diehr, #61999MO | Assistant Attorney General |
| 190 Carondelet Plaza, Suite 600 | P. O. Box 861 |
| St. Louis, MO  63105 | St. Louis, MO  63188 |
| Attorneys for Plaintiff | Attorney for Defendants Isom, Harris, Board |
| Jeffrey.Jensen@huschblackwell.com | of Police Commissioners, Battle-Turner, |
| Matthew.Diehr@huschblackwell.com | Gray, Gerdine, and Slay |
| | Denise.McElvein@ago.mo.gov |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 6, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

The undersigned further certifies that on June 6, 2014, the foregoing was mailed by U.S. Postal Service to the following non-participant in Electronic Case Filing:

Henrietta Arnold
721 Lookaway Court
St. Louis, MO  63137

>  */s/Jeffrey B. Jensen*
>  JEFFREY B. JENSEN, #46745MO
>  Attorney for Plaintiff